UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,                                                    7:16-MJ-1270(MRG)

                                    Plaintiff,

                                                                             J U D G M E N T

        -against-

Glen A. Hochhauser,

                                    Defendant.

        The issues in the above entitled action having been brought on before the Honorable

Martin R. Goldberg, United States Magistrate Judge, and the Court thereafter, on April 28, 2017

accepted the defendant's plea of guilty to 509.1 of the V.T.L., unlicensed Operation in full

satisfaction of the Misdemeanor Complaint filed on February 25, 2016, it is,

        ORDERED, ADJUDGED AND DECREED: The Court sentenced the defendant to pay a

fine in the amount of $445.00 to be paid by May 23, 2017.

Dated: _Sept 7, 2022_
Poughkeepsie, N.Y.

                                                            SO ORDERED:

                                                            _____
                                                            Hon. Martin R. Goldberg
                                                            United States Magistrate Judge